MICHAEL ALAN SIDDONS
The Law Office of Michael Alan Siddons, Esquire
230 N. Monroe Street
PO Box 403
Media, PA 19063
484-614-6546
Email: msiddons@siddonslaw.com

Attorney for Plaintiff
ALLISON KERN AND
CHERYL KERN

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLISON KERN AND CHERYL KERN,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, INC.,<br><br>Defendants, | Case No. 3:15-cv-01856-RPC<br><br>Hon. Richard P. Conaboy<br><br>**STIPULATION OF DISMISSAL**<br><br>Action Filed: September 24, 2015 |

/ / /

/ / /

/ / /

/ / /

**STIPULATION OF DISMISSAL**

Plaintiff, ALLISON KERN AND CHERYL KERN ("Plaintiffs"), and Defendant, NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, INC. ("Defendant"), hereby stipulate and give notice of the voluntary dismissal of this action, with each party to bear its own fees and costs. Agreed to this 8th day of June, 2016

DATED:  June 8, 2016                    By:  */s/ Michelle H. Badolato*
                                             Eric M. Hurwitz
                                             Stradley, Ronon, Stevens & Young, LLP

                                             Michelle H. Badolato
                                             Stradley Ronon Stevens & Young LLP
                                             Attorney's for Defendant
                                             Navient Solutions, Inc. f/k/a Sallie Mae, Inc.

DATED:  June 8, 2016                    By:  */s/ Michael Siddons*
                                             Michael Siddons, Esq.
                                             The Law Office of Michael Allan Siddons, Esq.
                                             Attorney for Plaintiff
                                             Allison Kern and Cheryl Kern